| | | |
|---|---|---|
| STATE OF NEW YORK ) | | **AFFIDAVIT OF SERVICE** |
| ) ss.: | | **BY OVERNIGHT FEDERAL** |
| COUNTY OF NEW YORK ) | | **EXPRESS NEXT DAY AIR** |

I, Tyrone Heath, 2179 Washington Avenue, Apt. 19, Bronx, New York 10457, being duly sworn, depose and say that deponent is not a party to the action, is over 18 years of age and resides at the address shown above or at

**On June 28, 2022**

deponent served the within: **CD-ROM of Defense Exhibits 4908 and 4909**

**upon:**

**Won S. Shin**
**United States Attorney's Office for the**
**Southern District of New York**
**One St. Andrew's Plaza**
**New York, New York 10007**

the address(es) designated by said attorney(s) for that purpose by depositing **1** true copy(ies) of same, enclosed in a properly addressed wrapper in an Overnight Next Day Air Federal Express Official Depository, under the exclusive custody and care of Federal Express, within the State of New York.

**Sworn to before me on June 28, 2022**

*MARIANA BRAYLOVSKIY*
Notary Public State of New York
No. 01BR6004935
Qualified in Richmond County
Commission Expires March 30, 2026

**Job# 313730**